■ MIGUEL MAYORGA et al., Respondents, v REED-PRENTICE PACKAGING MACHINERY COMPANY et al., Defendants, and CREATIVE BATH PRODUCTS, Appellant. [642 NYS2d 533] —In an action to recover damages for personal injuries, the defendant Creative Bath Products appeals, as limited by its brief, from so much of an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 18, 1995, as denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The appellant's papers were insufficient to establish, as a matter of law, that the plaintiffs' causes of action against it were precluded by the exclusivity provisions of the Workers' Compensation Law (*see generally, Thompson v Grumman Aerospace Corp.*, 78 NY2d 553, 557-558; *Abuso v Mack Trucks*, 174 AD2d 590, 590-591; *Poppenberg v Reliable Maintenance Corp.*, 89 AD2d 791). Accordingly, the Supreme Court properly denied the appellant's motion for summary judgment. Mangano, P. J., Balletta, Copertino and Hart, JJ., concur.

■ RUSSELL MCAULIFFE, JR., et al., Appellants, v UNIVERSAL AMERICAN MORTGAGE CO., INC., Respondent. [642 NYS2d 533] —In an action to discharge a mortgage on real property owned by the plaintiffs, the plaintiffs appeal from an order of the Supreme Court, Richmond County (Sangiorgio, J.), dated March 31, 1995, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

We agree with the Supreme Court that the plaintiffs were barred from commencing this action by the doctrine of collateral estoppel (*see, Schwartz v Public Adm'r of County of Bronx*, 24 NY2d 65, 71). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.